JS - 6/ENTER



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DANNY MCGEE OWENS,<br><br>    Petitioner,<br><br>v.<br><br>LINDA SANDERS, WARDEN,<br><br>    Respondent. | Case No. CV 09-5907-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: January 7, 2010

_____
S. James Otero
United States District Judge

